In the Matter of LUCIANO AUFIERO, on Behalf of PHILIP S. AUFIERO, an Infant, Respondent, against TOWN OF EASTCHESTER, Appellant.— Application on behalf of an infant for leave to serve a notice of claim against the Town of Eastchester pursuant to subdivision 5 of section 50-e of the General Municipal Law. It appears that eight days after the accident a letter was written by the attorney for the four-year-old infant to the clerk of the village of Tuckahoe informing him of the pertinent facts, that said letter was forwarded to the clerk of the town of Eastchester, that both the village and the town caused an investigation to be made, that plaintiff's failure to timely file a proper notice of claim was due solely to his attorney's oversight, and that the present application was made within one year after the happening of the accident. The Town of Eastchester appeals from the order granting leave to serve the notice of claim. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur.

In the Matter of the Probate of the Will of ALFRED B. DIME, Deceased. LILLIAN A. CLUM, Respondent; RAYMOND B. DIME, Appellant.— In a contested probate proceeding, an instrument without an attestation clause was offered for probate. On the trial of framed issues, the petition was amended to offer for probate a similar instrument with an attestation clause. The single issue was that of due execution. The court withdrew from the jury's consideration the instrument without an attestation clause. The jury found in proponent's favor against the testimony of the subscribing witnesses, and the instrument with the attestation clause was admitted to probate as the last will and testament of the decedent. The contestant appeals from the decree insofar as it admitted the will to probate. Decree of the Surrogate's Court, Westchester County, insofar as appeal is taken, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.